IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00292-BR

| | |
|---|---|
| NEW BERN RIVERFRONT DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WEAVER COOKE CONSTRUCTION, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This matter is before the court on Defendant and Third-Party Plaintiff Weaver Cooke Construction, LLC's Motion for a Voluntary Dismissal without Prejudice of Claims against Third-Party Defendant East Carolina Masonry, Inc. (DE # 41.) The motion represents that counsel for East Carolina Masonry, Inc. does not object. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and for good cause shown, the motion is ALLOWED, and Weaver Cooke Construction, LLC's Second Third-Party Complaint against East Carolina Masonry, Inc. is DISMISSED WITHOUT PREJUDICE.

This 13 January 2020.

_____
W. Earl Britt
Senior U.S. District Judge